U.S. DISTRICT [COURT]
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

OCT 22 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MICHAEL GERARD HOLMES | DOCKET NO. 06-CV-1427; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| T.W. THOMPSON & MAJOR ROGERS | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiffs Civil Rights Complaint be and is hereby DISMISSED in accordance with the provisions of FRCP Rule 41(b) and LR41.3W.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 22nd day of October, 2007.

JAMES T. TRIMBLE, JR. ~~DEE D. DRELL~~
UNITED STATES DISTRICT JUDGE